## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CYNTHIA HRICENAK,

      Plaintiff,

      v.

MICKEY TRUCK BODIES, *et al.*,

      Defendants.

No. 4:21-CV-00694

(Chief Judge Brann)

### ORDER

**SEPTEMBER 22, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendants' motion to dismiss (Doc. 17) is **GRANTED**; and

2.  Hricenak's PHRA claim is **DISMISSED** with prejudice as against Turpin, and Turpin is terminated as a defendant in this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge