IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA HRICENAK, | No. 4:21-CV-00694 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MICKEY TRUCK BODIES, | |
| Defendant. | |

**ORDER**

**APRIL 12, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Strike (Doc. 55) is **DENIED AS MOOT**;

2. Defendant's Motion for Summary Judgment (Doc. 41) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. **GRANTED** as to Count II of the Amended Complaint (Doc. 16);

    b. **DENIED** as to Count I of the Amended Complaint and the accompanying request for punitive damages; and

3. A telephonic status conference with counsel of record will be scheduled by Separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge